UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:12-cv-60691

SABAL PALM CONDOMINIUMS OF PINE
ISLAND RIDGE ASSOCIATION, INC.,

        Plaintiff,

vs.

LAURENCE M. FISCHER and DEBORAH G.
FISCHER, and THE LAURENCE M. AND
DEBORAH G. FISCHER REVOCABLE LIVING
TRUST, DATED FEBRUARY 20, 2010

        Defendant.
_____/

LAURENCE M. FISCHER and DEBORAH
G. FISCHER

        Counter-Plaintiffs / Third Party Plaintiffs

v.

SABAL PALM CONDOMINIUM OF PINE ISLAND
RIDGE ASSOCIATION, INC.

        Counter-Defendant,

MARVIN SILVERGOLD, and CHRISTOPHER M.
TRAPANI,

        Third Party Defendants.
_____/

**PLAINTIFF / COUNTER-DEFENDANT'S NOTICE OF SETTLEMENT**

COMES NOW, the Plaintiff / Counter-Defendant, SABAL PALM CONDOMINIUM OF PINE ISLAND RIDGE ASSOCIATION, by and through its undersigned counsel, and hereby gives notice that this case has settled.

Case No. 0:12-cv-60691
Notice of Settlement
Page 2

Respectfully submitted,

Vernis & Bowling of Palm Beach, P.A.
884 US Highway One
North Palm Beach, FL 33408
Telephone: (561) 775-9822
Facsimile: (561) 775-9821
E-Mail:  knissen@florida-law.com
　　　　　sshowe@florida-law.com
　　　　　lshand@florida-law.com
　　　　　pbfiling@florida-law.com
Attorney for Counter-Defendant, *Sabal Palm*


　  /s/   Karen M. Nissen
KAREN M. NISSEN, ESQ.
Florida Bar No. 0883761
STEPHANIE M. SHOWE, ESQ.
Florida Bar No. 84688

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by has been served via electronic filing this 14th day of May, 2014 on all Counsel or Parties of Record on the Service List below.


　  /s/   Karen M. Nissen
KAREN M. NISSEN, ESQ.
Florida Bar No. 0883761
STEPHANIE M. SHOWE, ESQ.
Florida Bar No. 84688

Case No. 0:12-cv-60691
Notice of Settlement
Page 3

## SERVICE LIST CASE NO.
0:12-cv-60691

Matthew W. Dietz, Esq.
Law Offices of Matthew W. Dietz, PL
2990 Southwest 35th Avenue
Miami, Florida 333133
T. 305.669.2822 / F. 305.442.4181
matthewdietz@usdisabilitylaw.com

Herb M. Milgrim, Esq.
The Law Offices of Herb M. Milgrim, P.A.
4040 Sheridan Street
Hollywood, Florida 33021
T. 954.966.3909 / F. 954.358.3200
hmmilgrim@aol.com

David L. Rosinksy, Esq.
Ritter Chuside, LLP
Heron Bay Corporate Center
5850 Coral Ridge Drive, Suite 201
Coral Springs, Florida 33076
T. 954.340.2200 (ext. 121) / F. 954.340.2210
droskinsky@ritterchusid.com